FILED

2010 MAY -5 PM 4:30

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

JOHN L. YATES

CASE NO. 2:10-cr-66-FtM-29-SPC

18 U.S.C. § 2232(a), § 1519 § 1001(a)(2), § 2

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about August 24, 2007, within the exclusive economic zone of the United States in the Gulf of Mexico, and elsewhere out of the jurisdiction of any particular State or district,

JOHN L. YATES,

defendant herein, being a resident of the Middle District of Florida, before the search for and seizure of property, to wit, undersized fish, by a person authorized to make such search and seizure, namely, personnel of the United States Coast Guard and the National Marine Fisheries Service, did knowingly dispose of and throw overboard and attempt to dispose of and throw overboard undersized fish, for the purpose of preventing and impairing the Government's lawful authority to take such property into its custody and control.

In violation of Title 18 United States Code, Section 2232(a) and Section 2.

### COUNT TWO

On or about August 24, 2007, within the exclusive economic zone of the United States in the Gulf of Mexico, and elsewhere out of the jurisdiction of any particular State or district,

JOHN L. YATES,

defendant herein, being a resident of the Middle District of Florida, did knowingly destroy, conceal, and cover up undersized fish with the intent to impede, obstruct, and influence the investigation and proper administration of the catching of red grouper under the legal minimum size limit, a matter within the jurisdiction of the National Marine Fisheries Service, an agency of the United States.

In violation of Title 18, United States Code, Section 1519 and Section 2.

## COUNT THREE

On or about August 26, 2007, at Cortez, in Manatee County, in the Middle District of Florida,

JOHN L. YATES,

defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, that is, that all of the undersized fish measured by the Florida Fish and Wildlife Conservation Committed on August 23, 2007, were aboard the F/V *Miss Katie,* when in truth and in fact as the defendant well knew, he had caused a crewmember to throw overboard the undersized fish.

In violation of Title 18, United States Code, Section 1001(a)(2) and Section 2.

A TRUE BILL.

_____
FOREPERSON

5/5/10
Date

A. BRIAN ALBRITTON
United States Attorney

BY: _____
JEFFREY F. MICHELLAND
Assistant United States Attorney
Trial Counsel

BY: _____
DOUGLAS MOLLOY
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JOHN L. YATES

## INDICTMENT

Violations:

18 U.S.C. § 2232(a)
18 U.S.C. § 1519
18 U.S.C. § 1001(a)(2)
18 U.S.C. § 2

A true bill,

_____
Foreperson

Filed in open court this 5th day

of May, A.D. 2010.

_____
Clerk

Bail  $_____

GPO 863 525