UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,   ___
       Government  X

v.                            Case No.  2:10-cr-66-FtM-29SPC

JOHN L. YATES,

                      ___   Evidentiary
                      X    Trial
       Defendant  ___   ___   Other

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | | | | Catch Measurement Form 08/23/07 |
| | | | | |
| 2 | | | | Catch Measurement Form 8/27/07 |
| | | | | |
| 3 | | | | Photos (measurement sticks) |
| | | | | |
| 4 | | | | Photos (composite) (fish measured) |
| | | | | |
| 5 | | | | Plotted Chart |
| | | | | |
| 6 | | | | VMS Data Chart |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |