UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.: 2:10-cr-66-FtM-29SPC

JOHN L. YATES
_____

### ORDER

This matter comes before the Court on defendant's Unopposed Motion To Continue Sentencing (Doc. #111) filed on November 3, 2011.

Accordingly, it is now

**ORDERED:**

Defendant's Unopposed Motion To Continue Sentencing (Doc. #111) is **GRANTED**. The Sentencing Hearing in this case is rescheduled to *December 5, 2011 at 3:00 p.m.*

**DONE AND ORDERED** at Fort Myers, Florida, this <u>7th</u> day of November, 2011.

*[signature: John E. Steele]*
JOHN E. STEELE
United States District Judge

Copies: All Parties of Record