UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA,**

v.                                                          Case No: 2:10-cr-66-Ftm-29SPC

**JOHN L. YATES,**

_____/

**MOTION FOR HOLIDAY RELEASE**

On behalf of my client, JOHN L. YATES, I hereby move this Honorable Court for modification of the sentence previously imposed, to permit temporary release of Mr. Yates so that he can spend Christmas with his family, as follows:

1. Mr. Yates was convicted on two counts related to fishing.

2. On December 8, 2011, this Honorable Court sentenced Mr. Yates, *inter alia*, to 30 days in custody.

3. Mr. Yates has two minor children that he and his wife are raising. It is the desire of Mr. Yates and his family that they spend Christmas together. I am informed that this will otherwise be the first Christmas that Mr. Yates will be separated from his family.

4. Mr. Yates has been on Supervised Release since May 13, 2010. Mr. Yates has been in compliance with all terms and conditions of his release. If released pursuant to this motion, there is every reason to believe that Mr. Yates will continue to stay in total compliance.

1

5. I contacted Assistant United States Attorney Jeffrey Michelland regarding this request, and he indicated that he opposed it.

WHEREFORE, on behalf of my client, I respectfully move this Honorable Court to grant the foregoing motion, and to permit Mr. Yates to be released on December 24 and December 25, 2011, so that he can celebrate Christmas with his family.

Respectfully submitted,

DONN LEE ELM
FEDERAL DEFENDER

By: /s/ Martin DerOvanesian
Martin DerOvanesian
Assistant Federal Public Defender
FL Bar ID No.0288268
1514 Broadway, Suite 301
Fort Myers, Florida 33901-3019
Telephone: (239) 334-0397 Fax: (239) 334-4109
Counsel for Mr. Yates

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of December, 2011, the foregoing was electronically filed with the Clerk of Court, and a copy will be sent electronically to Jeffrey Michelland, Assistant United States Attorney, 2110 First Street, Fort Myers, Florida 33901. Additionally, a true and correct copy of the foregoing has been furnished by United States Mail to Mr. Yates.

/s/ Martin DerOvanesian
Martin DerOvanesian
Assistant Federal Public Defender