UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-   Case No.: 2:10-cr-66-FtM-29SPC

JOHN L. YATES

## ORDER

This matter comes before the Court on defendant's Motion For Holiday Release (Doc. #120) filed on December 16, 2011. The Court finds that good cause for release has not been shown, even if the Court has the authority to temporarily release a sentenced defendant.

Accordingly, it is now

**ORDERED:**

Defendant's Motion For Holiday Release (Doc. #120) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this 20th day of December, 2011.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record