UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:10-cr-66-FtM-29SPC

JOHN L. YATES

**ORDER**

This matter comes before the Court on defendant's Motion to Withdraw Motion to Strike Amended Judgment/Motion to Set Re-Sentencing Hearing (Doc. #158) filed on June 29, 2015, seeking to withdraw the Motion to Strike Amended Judgment, Motion to Set Re-Sentencing Hearing (Doc. #157) filed on June 26, 2015. The motion will be deemed withdrawn.

Accordingly, it is hereby

**ORDERED:**

1. Defendant's Motion to Withdraw Motion to Strike Amended Judgment/Motion to Set Re-Sentencing Hearing (Doc. #158) is **GRANTED.**

2. Defendant's Motion to Strike Amended Judgment, Motion to Set Re-Sentencing Hearing (Doc. #157) is **DEEMED WITHDRAWN.**

**DONE and ORDERED** at Fort Myers, Florida, this ___30th___ day of June, 2015.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record