UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

2:10CR66-JES-SPC-1

No. 11-16093-99

District Court Docket No.
2:10-cr-00066-JES-SPC-1

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

versus

JOHN L. YATES,

        Defendant - Appellant.

Appeal from the United States District Court for the
Middle District of Florida

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 10, 2015
For the Court: Douglas J. Mincher, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE 07/14/2015